IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DARRELL LEE BLACKFISH, Defendant. | 8:17CR105 ORDER |

This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Darrell Lee Blackfish (Filing No. 15). Mr. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. McWilliams's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 15) is granted.

Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102, (402) 884-7044, is appointed to represent Mr. Blackfish for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. McWilliams shall forthwith provide Mr. Dornan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McWilliams which are material to Blackfish's defense.

The clerk shall provide a copy of this order to Mr. Dornan, and he shall file his appearance forthwith.

Dated this 15th day of May, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge